**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>Lee Morris; Independent Import Services, Inc.; and the Independent Import Services, Inc. 401(k) Profit Sharing Plan and Trust,<br><br>Defendants. | No. CV-06-1581-PHX-DGC<br><br>**ORDER AND JUDGMENT** |

Plaintiff Elaine Chao, Secretary of Labor, has filed an amended motion for default judgment against Defendants Lee Morris, Independent Import Services, Inc. ("IIS"), and the Independent Import Services, Inc. 401(k) Profit Sharing Plan and Trust ("Plan"). Dkt. #27. The Court will grant the motion.

The Secretary commenced this action by filing a complaint against Defendants on June 20, 2006 Dkt. #1. The Secretary brought the action to redress violations and enforce the provisions of the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001 *et seq*. *Id.* ¶ 1. The Secretary seeks all appropriate relief under ERISA, including injunctive relief and a judgment against Defendants for all losses caused by Morris's and IIS's breaches of their fiduciary duties to the Plan and its participants. *Id.* at 8-9.

1   Defendants were served with process on September 7, 2006. Dkt. ##3, 5-6.
2 Defendants have not answered or otherwise responded to the complaint as required by the
3 Federal Rules of Civil Procedure and this Court's Order of January 11, 2007. *See* Dkt. #15.
4 The Clerk has entered Defendants' default pursuant to Rule 55(a). Dkt. ##19-20.

5   Having reviewed the Secretary's amended motion for default judgment, the Court will
6 grant the motion pursuant to Rule 55(b)(2).

7   **IT IS ORDERED:**

8   1.   Plaintiff's amended motion for default judgment (Dkt. #27) is **granted**.

9   2.   Pursuant to Rule 55(b)(2), **default judgment** is entered in favor of Plaintiff and
10 against Defendants Lee Morris, Independent Import Services, Inc., and Independent Import
11 Services 401(K) Profit Sharing Plan and Trust ("Plan") as set forth in this order.

12   3.   Defendant Lee Morris is hereby removed as Trustee of the Plan and
13 permanently enjoined from serving as a fiduciary for any plan covered by ERISA.

14   4.   Plaintiff shall file a motion to nominate an Independent Fiduciary for purposes
15 of administering the Plan, and, if necessary, terminating the Plan.

16   5.   Defendants Lee Morris and Independent Import Services, Inc. shall be
17 responsible for any costs associated with the appointment of an Independent Fiduciary.

18   6.   Defendants shall cooperate with the Independent Fiduciary and provide the
19 Independent Fiduciary with all books, records, documents and information necessary for the
20 proper management, administration and/or termination of the Plan and its assets.

21   7.   Defendants Lee Morris and Independent Import Services, Inc. shall
22 immediately pay $50,305.66 to the Plan, reduced by any offset of Lee Morris' personal Plan
23 account balance as set forth below.

24   8.   The Plan shall offset Defendant Lee Morris' Plan account balance to pay the
25 costs associated with the Independent Fiduciary and to pay the $50,305.66 ordered herein.
26 Defendants Lee Morris and Independent Import Services, Inc. shall pay any remaining
27 amount of the $50,305.66 after the offset of Lee Morris' Plan account balance.

28   9.   Each party shall bear his or its own costs, fees, and other expenses incurred by

1  such party in connection with any stage of this proceeding.

2      10.    The Clerk shall **terminate** this action.

3      DATED this 6th day of June, 2007.

*David G. Campbell*
United States District Judge